1
2
3
4
5
6
7
8
9             UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14
15   CHRISTOPHER HARBRIDGE,        ) CV 07-4486-GW  (SH)
                                   )
16                                 )
                                   ) ORDER ADOPTING AMENDED
17                                 ) REPORT AND RECOMMENDATION
            Plaintiff,             ) OF UNITED STATES
18                                 ) MAGISTRATE JUDGE; and
       v.                          ) ORDER
19                                 )
   ARNOLD SCHWARZENEGGER,          )
20   et al.,                       )
                                   )
21            Defendants.          )
                                   )
22   ———————————————————————————

           Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the
23
     First Amended Complaint and other papers along with the attached Amended
24
     Report and Recommendation of the United States Magistrate Judge, and has
25
     made a de novo determination of the Amended Report and Recommendation.
26
           IT IS HEREBY ORDERED that:
27
           1.    The Amended Report and Recommendation is approved and
28

                                      1

1  adopted.

2  2.   The following claims are dismissed with leave to amend:

3  (1)   Claims 5, 7, 8, 9, (retaliation only);

4  (2)   Claim 7 (Eighth Amendment conditions of confinement as to

5  Defendants Dottaviano, Porter, and Baumgardner only);

6  (3)   Claims 10 and 11 (theories of causation must be included in

7  the substantive claims to which they relate; these should not

8  be asserted as separate claims);

9  (4)   Claim 15 (states a substantive retaliation claim, but dismissed

10  with leave to amend as to custom and policy allegations);

11  (5)   Claims 12 and 20 (must allege conduct by Reed with a causal

12  connection to the alleged retaliation), and;

13  (6)    Claim 23.

14  3.   The following claims are dismissed without leave to amend:

15  (1)   Claims 5 and 8 (Eighth Amendment claims);

16  (2)   Claims 5, 7, 8, 9, and 15 (due process claims), and;

17  (3)   Claim 21 (theory of liability).

18  If Plaintiff wishes to pursue this action in this Court, he must file a second

19  amended  complaint within thirty days of the date this Order Adopting the

20  Amended Report and Recommendation is filed.  The amended complaint,

21  bearing the number CV 07-4486-GW (SH), must be a complete and independent

22  document and must not refer to prior pleadings.  Plaintiff is cautioned that failure

23  to file a second amended complaint within the time specified by this Order may

24  result in dismissal of the action with prejudice on the grounds stated in the

25  Amended  Report and Recommendation of the United States Magistrate Judge

26  and/or for failure to prosecute.

27  In preparing a second amended complaint, Plaintiff must bear in mind the

28  deficiencies of the current pleading, and must assure that they are not repeated.

1   Plaintiff must take particular note of the following guidelines:

2       1.   Plaintiff must set forth the jurisdictional grounds for his claims at

3            the outset of the complaint.

4       2.   The complaint must include only factual allegations directly

5            relevant to Plaintiff's claims, which must be stated in separate,

6            numbered paragraphs (preferably in chronological order), each

7            limited to a single set of circumstances. The facts should be stated

8            in simple, complete sentences. Repetition is to be avoided.

9       3.   The complaint must clearly identify the specific acts on which each

10           claim is based. Insofar as possible, the allegations should include

11           the date, time, place and circumstances of the offending conduct by

12           each defendant, a clear statement of what each defendant did or

13           failed to do, and the damage of injury suffered by Plaintiff as a

14           result of each defendant's conduct.

15      4.   If civil rights violations are claimed, the complaint must specifically

16           set forth the federal constitutional right or rights  infringed with

17           respect to each alleged wrongful act or omission.

18

19          IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

20   this Order on Plaintiff.

21

22   DATED: July 20, 2010

23

24                                     _____

25

26                                         GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

27

28

                                       3