COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HARBRIDGE, | ) CV 07-4486-GW (SH) |
| | ) |
| | ) ORDER ACCEPTING FINAL SECOND |
| | ) AMENDED REPORT AND |
| Plaintiff, | )  RECOMMENDATION |
| | ) OF UNITED STATES |
| v. | ) MAGISTRATE JUDGE |
| G.D. SUMPTER, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Third Amended Complaint and other papers along with the attached Final Second Amended Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Final Second Amended Report and Recommendation.

///
///

1

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Final Second Amended Report and Recommendation, (2) granting the CDCR Defendants' Motion to Dismiss in part, and denying it in part; (3) denying Defendant Yarborough's Motion to Dismiss, and; (4) directing that Judgment be entered dismissing the portions of Claims 5, 7, 8, 9, and 28 alleged against Defendant Alameida and Yarborough and the portion of Claim 5 alleged against Defendant Reed, with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: January 5, 2012

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE