UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>　　　　　Plaintiff,<br>　v.<br>G.D. SUMPTER, et al.,<br>　　　　　Defendants. | CV 07-4486-GW (SH)<br><br>ORDER ACCEPTING<br>AMENDED REPORT AND<br>RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the Third Amended Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

///

///

1  IT IS THEREFORE ORDERED that a Judgment be entered (1) approving
2  and accepting the Report and Recommendation, (2) granting Defendants' Motion
3  for Summary Judgment as to Claims 5, 7, 8, 9, and 28; (3) dismissing Claim 23
4  without prejudice as unexhausted, and; (4) directing that Judgment be entered
5  dismissing Claims 5, 7, 8, 9, and 28.
6  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
7  this Order and the Judgment of this date on the Plaintiff and counsel for
8  Defendants.
9  DATED: April 28, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE