UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HARBRIDGE, | ) CV 07-4486-GW (SH) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| v. | ) |
| G. D. SUMPTER, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed. Defendants' Motion for Summary Judgment is granted as to Claims 5, 7, 8, 9, and 28. Claim 23 is dismissed without prejudice as unexhausted.

DATED: April 28, 2015

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE