**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER HARBRIDGE, | ) | NO. CV 07-4486-GW (AS) |
| | ) | |
| Plaintiff, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | |
| ARNOLD SCHWARZENEGGER, et. al., | ) | **OF UNITED STATES MAGISTRATE** |
| | ) | |
| Defendants. | ) | **JUDGE** |
| | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, issued on November 6, 2019. See Docket No. 273.

On November 26, 2019, Defendant filed Objections to the Report and Recommendation (Docket No. 274). After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Defendant's Objections to the Report and Recommendation reiterate the arguments presented in the motion for summary judgment, have been addressed in the Report and

Recommendation, and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that (1) Defendant Reed's motion for summary judgment and motion to dismiss is DENIED; and (2) Defendant Reed shall file an answer to the complaint no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 3, 2020.

_____
GEORGE WU
UNITED STATES DISTRICT JUDGE