UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD　SCHWARTZENNEGGER, et, al.,<br><br>　　　　　　Defendants. | Case No. CV 07-4486-GW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Final Report and Recommendation of a United States Magistrate Judge.[1] After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Final Report and Recommendation which addresses Plaintiff's objections. In sum, Plaintiff's Objections do not

---

[1] The initial Report and Recommendation was issued on March 30, 2022. Plaintiff filed objections on May 23, 2022. Defendant filed a response to Plaintiff's objections on June 8, 2022. (Dkt. Nos. 302, 305, 308).

cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendant Reed's motion for summary judgment is GRANTED; (2) Defendant Reed's request for judicial notice is GRANTED; and (3) Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: August 10, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE