JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARBRIDGE,<br><br>            Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARTZENNEGGER, et, al.,<br><br>           Defendants. | Case No. CV 07-4486-GW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: August 10, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE